UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA R. SEALS,<br><br>                              Plaintiff,<br><br>        -against-<br><br>BEYONCE KNOWLES; RIHANNA,<br><br>                              Defendant. | 24 **CIVIL** 6970 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 19, 2024
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge